1  DAVID D. LAWRENCE, State Bar No. 123039
   dlawrence@franscell.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@franscell.com
3  FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, CA 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
   Attorneys for Defendants
7  LEROY D. BACA, WILLIAM STONICH, DEPUTY JOSEPH GARRIDO,
   DEPUTY AGOSTINO BRANCANTO,
8  and LIEUTENANT JACK JORDAN

9
10            UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12
13  S. R. CURRY,                    ) Case No. CV 04-9992-VBF(JWJx)
                                    )
14              Plaintiff,          ) Honorable Valerie Baker Fairbank
                                    )
15                                  ) [PROPOSED] JUDGMENT
        vs.                         )
16                                  ) Date:  January 28, 2008
17  LEROY DAVID BACA, et al.,       ) Time:  1:30 p.m.
                                    ) Crtm:  9
18              Defendants.         )
                                    )
19  _____)

20
21       The Court having entered an Order granting the motion for summary
22  judgment by Defendants Leroy D. Baca, Williams Stonich, Deputy Joseph Garrido,
23  Deputy Agostino Brancanto, and Lieutenant Jack Jordan (collectively "Defendants")
24  and dismissing with prejudice all claims brought by Plaintiff Sirlasie Rayshon
25  Curry:
26  ///
27  ///
28

Curry\ Proposed Judgment

1

IT IS ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants and against Plaintiff.

Dated: 2-7-08

Honorable Valerie Baker Fairbank
United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA; COUNTY OF LOS ANGELES**

I, Pamela Gonzalez, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, California 91210-1219.

On December 28, 2007, I served the foregoing **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Stephen Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice, CA 90291

**BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Glendale, California.

_____
Declarant

Curry\ Proposed Judgment

3

**PROOF OF PERSONAL SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1ST Class Messenger, 6004 San Fernando Road, Glendale, CA 91202.

On December 28, 2007, I personally delivered by hand the foregoing **[PROPOSED] JUDGMENT** to:

Stephen Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice Beach, CA 90291

I declare under penalty of perjury that the foregoing is true and correct

Executed on December 28, 2007, at Glendale, California.

_____
Signature

_AMIRIAN    TORGOM_
Print name

Curry\ Proposed Judgment

4